No. 1116, Misc.   SORCE v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox* for the United States.

No. 1172, Misc.   ABRAMSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1186, Misc.   KING v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1222, Misc.   ALLEN v. LAVALLEE, WARDEN.   Appellate Division, Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.   Petitioner *pro se.   Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 1224, Misc.   JACKSON v. DICKSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.   *Allan Brotsky* for petitioner.

No. 1242, Misc.   LEEK v. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 1246, Misc.   LONG v. RUNDLE, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 1245, Misc.   WHITE v. DICKSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.